IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| EDWARD SCOTT, ) | |
| and DEBBIE RICHARDS, ) | |
| et al., on behalf of themselves and all ) | |
| others similarly situated, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 5:19-CV-00022-LGW-BWC |
| NORTH AMERICAN INNS, LLC, ) | |
| SHARMA HOSPITALITY, LLC ) | |
| PAUL D. SHARMA, AND SHAUN ) | |
| B. SHARMA, ) | |
| ) | |
| *Defendants*. | |

## SUGGESTION AND NOTICE OF BANKRUPTCY

COMES NOW North American Inns, LLC, ("NAI"), Sharma Hospitality, LLC ("SH"), and Shaun B. Sharma (herein referred as "Defendants") and inform this Court and all parties that Paul Sharma has filed a Chapter 7 Bankruptcy Petition in the Southern District of Georgia, which has been assigned Case No. 18-50834-mjk. The automatic stay pursuant to 11 USC § 362 is in effect on this and all other pending actions, and all timeframes and deadlines are tolled unless ruled otherwise

by a court of competent jurisdiction, or until the stay is lifted. This Suggestion and Notice is filed for informational purposes only and does not constitute a Notice of Appearance in this action.

    Respectfully submitted this 23rd day of May 2019.

    By: /s/ Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339
*Attorney for Defendants*
(404) 800-4017
HS@Atl.law

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| EDWARD SCOTT, <br> and DEBBIE RICHARDS, <br> et al., on behalf of themselves and all <br> others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> NORTH AMERICAN INNS, LLC, <br> SHARMA HOSPITALITY, LLC <br> PAUL D. SHARMA, AND SHAUN <br> B. SHARMA, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 5:19-CV-00022-LGW-BWC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2019, I filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to:

Tyler B. Kaspers, Esq.
The Kaspers Firm, LLC
152 New Street, Suite 109B
Macon, Georgia 31201
Tel. 404-944-3128
tyler@kaspersfirm.com

 /s/  Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339
*Attorney for Defendants*

3