# In the United States District Court for the Southern District of Georgia Waycross Division

EDWARD SCOTT and DEBBIE RICHARDS, on behalf of themselves and all other similarly situated,

    Plaintiffs,

v.

NORTH AMERICAN INNS, LLC; SHARMA HOSPITALITY, LLC; PAUL D. SHARMA; and SHAUN B. SHARMA,

    Defendants.

5:19-CV-022

## ORDER

This matter is before the Court on Plaintiffs' Motion for Extension of Time to File Response/Reply, dkt. no. 13. Plaintiffs request that the Court permit them to file their response to Defendant's supplemental brief in support of their converted motion for summary judgment 21 days after the close of the discovery period in this action. The Parties have agreed in their joint Rule 26(f) Report to conclude discovery on October 11, 2019. See Dkt. No. 12. Thus, Plaintiffs request that they be permitted to file their supplemental response on November 1, 2019. The Court finds that good cause exists to extend the deadline for Plaintiffs to file their supplemental response to Defendants' converted

AO 72A
(Rev. 8/82)

motion for summary judgment. Accordingly, the Court **GRANTS** Plaintiffs' Motion, dkt. no. 13. Plaintiffs shall have until November 1, 2019, to file their supplemental response to Defendants' converted motion for summary judgment.

**SO ORDERED**, this 26th day of July, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA