IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| EDWARD SCOTT, and DEBBIE RICHARDS, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) CIVIL ACTION FILE NO.<br>)       5:19-cv-22-LGW-BWC<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| NORTH AMERICAN INNS, LLC, SHARMA HOSPITALITY, LLC, and SHAUN B. SHARMA, | ) For Violations of the Fair Labor<br>) Standards Act of 1938, As Amended<br>)<br>)<br>) |
| Defendants. | ) |

## **JOINT MOTION FOR EXTENSION OF DEADLINES AND DISCOVERY PLAN**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs Edward Scott and Debbie Richards ("Plaintiffs") and North American Inns, LLC, Sharma Hospitality, LLC, and Shaun B. Sharma ("the Defendants") in the above-captioned case, by counsel, respectfully move the Court to enter the attached Agreed Order modifying the current deadlines previously ordered by the for:

(1) the close of discovery; and (2) dispositive motions.

**Close of Discovery**

The Parties request that the Court modify the current schedule to require that the close of discovery is **December 13, 2019.**

**Dispositive Motions**

The Parties request that the Court modify the current schedule to require that dispositive motions be filed by **January 13, 2019**. The Parties request that the Court modify the current schedule to require deadline for responses and replies of dispositive motions be set for **February 3, 2020**.

In support of this Motion, the Parties state as follows:

1. Rule 16(b)(4) allows for the modification of a court's scheduling order "for good cause and with the judge's consent." The touchstone of good cause und Rule 16(b) is diligence. *Bowers v. American Heart Ass'n*, 513 F. Supp.2d 1364, 1367 (N.D. Ga. 2007)

2. Here, the Parties have been working together diligently and cooperatively to complete discovery and proceed with termination of discovery according to the Court's Scheduling Order. Nonetheless, delays in discovery and limitations on the availability of the Parties require them to request an extension to the current schedule.

3. On November 4, 2019 Defendants Shaun Sharma and Paul Sharma suffered the loss of their brother who passed away in Texas. Defendants attended the funeral commemorated pursuant to Indian tradition, consisting of two weeks of mourning. Defendants anticipate they will return to Georgia on November 21 and will then be able to resume discovery and take the depositions of all parties. All deposition had been scheduled during their two-week absence.

4. Plaintiff's counsel has agreed to extend the discovery deadline two weeks, in order to accommodate Defendants' schedule.

5. In addition, counsel for the Parties are continuing to work cooperatively to determine the extent to which Defendant have in their possession data and documents Plaintiffs have requested. As a result, the discovery process is taking longer than anticipated.

6. Accordingly, the Parties seek to move the discovery schedule back by 14 days, and to adjust the resulting deadlines accordingly.

7. Granting the Parties' request would result in modifying the current schedule as follows:

| DESCRIPTION | CURRENT DEADLINE | PROPOSED EXTENSION |
|---|---|---|
| **WRITTEN DISCOVERY PROCEDURE** | November 30, 2019 | December 13, 2019 |

| | | |
|---|---|---|
| **DISCOVERY DEPOSITIONS** | **November 30, 2019** | **December 13, 2019** |
| **POST DISCOVERY STATUS REPORT** | **December 5, 2019** | **December 19, 2019** |
| **DISCOVERY STATUS CONFERENCE** | **December 10, 2019** | **December 24, 2019** |
| **LAST DAY FOR FILING ALL CIVIL MOTIONS INCLUDING DAUBERT** | **December 15, 2019** | **January 13, 2020** |
| **DEPOSITION OF ALL WITNESSES TAKEN NOT FOR DISCOVERY BUT FOR USE AT TRIAL** | **December 11, 2019** | **December 11, 2019** |
| **PRE TRIAL ORDER DUE** | **February 10, 2020** | **February 24, 2020** |

All other deadlines in the Parties' Joint Preliminary Report and Discovery Plan would remain the same.

For this good cause shown, the Parties respectfully request that the Court enter the attached Consent Order modifying the close of discovery, and dispositive motions deadlines.

Respectfully submitted this November 15, 2019.

By: */s/ Howard P. Slomka*
Georgia Bar #652875
Busch, Slipakoff, Mills & Slomka, LLC
3350 Riverside Parkway. Suite#2100
Atlanta, GA 30339
Tel. (404) 357-7409
fb@bsms.law
Counsel for Defendants

By: */s/ Tyler Kaspers*
Georgia. Bar No. 445708
Kasper & Associates LLC
152 New Street, Suite 109B
Macon, GA 31201
Tel. 404-944-3128
tyler@kaspersfirm.com
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019 I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record in this case.

/s/ *Howard P. Slomka*
Counsel for Defendants
Busch, Slipakoff, Mills & Slomka, LLC
3350 Riverside Parkway. Suite#2100
Atlanta, GA 30339
Tel. (404) 357-7409
Fax. (404) 800-4001
fb@bsms.law

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| EDWARD SCOTT, and DEBBIE RICHARDS, on behalf of themselves and all others similarly situated, | ) ) ) ) CIVIL ACTION FILE NO. ) 5:19-cv-22-LGW-BWC ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) For Violations of the Fair Labor |
| NORTH AMERICAN INNS, LLC, SHARMA HOSPITALITY, LLC, and SHAUN B. SHARMA, | ) Standards Act of 1938, As Amended ) ) ) |
| Defendants. | ) |

## **AGREED ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF DEADLINES IN JOINT DISCOVERY PLAN**

THIS MATTER came to be heard upon the Parties' Joint Motion for Extension of Deadlines in the Parties' Joint Discovery Plan

UPON CONSIDERATION WHEREOF AND FOR GOOD CAUSE SHOWN, it is hereby:

ORDERED that the close of discovery is December 13, 2019.

ORDERED dispositive motions be filed by January 13, 2020; the deadline for responses to dispositive motions is January 31, 2020.

ENTERED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

Date: November ___, 2019.

SEEN AND AGREED:

By: /s/ *Howard P. Slomka*
Counsel for Defendants
Busch, Slipakoff, Mills & Slomka, LLC
3350 Riverside Parkway. Suite#2100
Atlanta, GA 30339
Tel. (404) 357-7409
Fax. (404) 800-4001
fb@bsms.law