IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| EDWARD SCOTT, and DEBBIE RICHARDS, on behalf of themselves and all others similarly situated, | ) ) ) ) CIVIL ACTION FILE NO. ) 5:19-cv-22-LGW-BWC ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) For Violations of the Fair Labor |
| NORTH AMERICAN INNS, LLC, SHARMA HOSPITALITY, LLC, and SHAUN B. SHARMA, | ) Standards Act of 1938, As Amended ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' DISCOVERY STATUS REPORT**

Plaintiffs[1], by and through their undersigned counsel, hereby file this Joint Discovery Status Report.

**I.     Status of Discovery:**

Discovery in this matter is closed. Plaintiffs contend that Defendants have not produced a number of documents requested in Plaintiffs' written discovery requests. Instead of drafting a motion to compel, which would inherently delay

---

[1] Plaintiffs have been unable to contact Defendants since the due date of this report (December 19, 2019 (*see* Doc. 20)), and have therefore been unable to obtain Defendants' input into same.

these proceedings, Plaintiffs propose that any documents which have not produced as of the submission of this document will not be allowed to be presented at the trial in this matter.

## II.     Status of Depositions:

The depositions of Plaintiffs were taken on December 9, 2019. The depositions of Defendants were taken on December 11, 2019. The parties are still waiting for deposition transcripts from the respective court reporters for these depositions. Because the deposition transcripts have not yet been produced, the plaintiffs are concurrently herewith moving for an extension of the deadline to file motions, from December 29, 2019, until and including January 29, 2019, to allow the parties adequate time to review and incorporate the deposition transcripts into their motions.

## III.    Status of Expert Discovery:

The parties have not identified any expert witnesses in this matter.

Respectfully submitted, this 27th day of December, 2019.

/s/ Tyler B. Kaspers
Tyler B. Kaspers, Ga. Bar No. 445708
THE KASPERS FIRM, LLC
152 New Street, Suite 109B
Macon, GA  31201
404-944-3128
tyler@kaspersfirm.com
Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| EDWARD SCOTT, and DEBBIE RICHARDS, on behalf of themselves and all others similarly situated, | )<br>)<br>) CIVIL ACTION FILE NO.<br>)     5:19-cv-22-LGW-BWC<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
|  | ) For Violations of the Fair Labor |
| NORTH AMERICAN INNS, LLC, SHARMA HOSPITALITY, LLC, and SHAUN B. SHARMA, | ) Standards Act of 1938, As Amended<br>)<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2019, I filed the foregoing PLAINTIFFS' DISCOVERY STATUS REPORT using the Court's CM/ECF system, which will automatically send an electronic copy of this document to:

Howard P. Slomka
Busch, Slipakoff, Mills & Slomka, LLC
3350 Riverside Parkway Suite#2100
Atlanta, GA 30339

                                                     */s/ Tyler B. Kaspers*
                                                     Tyler B. Kaspers, Ga. Bar No. 445708
                                                     THE KASPERS FIRM, LLC

152 New Street, Suite 109B
Macon, GA  31201
404-944-3128