FILED
Scott L. Poff, Clerk
United States District Court

*By CAsbell at 9:39 am, Apr 07, 2020*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| EDWARD SCOTT; and DEBBIE RICHARDS, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO.: 5:19-cv-22 |
| v. | |
| NORTH AMERICAN INNS, LLC, et al., | |
| Defendants. | |

## ORDER FOR SETTLEMENT CONFERENCE

The Court hereby **ORDERS** that this matter is set for a telephonic Settlement Conference on Wednesday, April 29, 2020, at 9:30 AM. To facilitate this process, the Court **STAYS** all deadlines **UNTIL FURTHER ORDER OF THE COURT**.

The following directions are designed to increase the efficiency and effectiveness of the settlement conference. Counsel shall provide a copy of this Order and the attached addendum to their clients at least five business days prior to the date of the settlement conference.

**Appearance and the Conference**. Counsel must ensure that a client representative with full settlement authority is available by phone at all times from the beginning of the conference until the conference is concluded. The client representative must be dialed into the conference, or immediately available, for the entire duration of the conference.

**Good-Faith Negotiations**. Before arriving at the settlement conference, the parties are required to negotiate and make a good-faith effort to resolve the case without Court involvement.

In particular, the parties must make specific proposals and counter proposals prior to the settlement conference.

**Settlement Statements**. Each party shall provide to the undersigned, in confidence, through the undersigned's courtroom deputy clerk, a concise settlement statement. The statement must be received **no later than three business days before the settlement conference**.[1] The statement shall not be filed with the clerk, and copies of the settlement statement shall not be provided to the other parties in the case. The statement shall not become a part of the file of the case but shall be for the exclusive use of the Magistrate Judge in preparing for and conducting the settlement. The parties are directed to be candid in their statements. The statement should include: (1) a summary of the evidence the party expects to produce at trial; (2) analysis of the strengths **and weaknesses** of the party's case; (3) a settlement proposal; and (4) an outline of the settlement negotiations to date. The settlement statement should not be lengthy but should contain enough information to be useful to the Court in analyzing the factual and legal issues in the case. The statement is not to exceed **three typed pages, single-spaced**. If not already part of the Court's record, copies of any critical agreements, business records, photographs or other documents or exhibits should be attached to the settlement statement.

**Confidentiality**. The purpose of the conference is to facilitate settlement of this case, if that is appropriate. The conference will be conducted in such a manner as to not prejudice any party in the event settlement is not reached. To that end, all matters communicated to the undersigned that the parties ask to be kept in confidence will be kept confidential and will not be disclosed to any other party.

---

[1] The parties are directed to email their settlement statements to the undersigned's courtroom deputy clerk at: kim_mixon@gas.uscourts.gov.

**Preparation for the Conference**.  At the conference, the parties, through counsel, should be prepared to give a brief presentation outlining the factual and legal highlights of the case.  Separate, confidential caucuses will be held with counsel for each party and the parties or a party's representative(s).  Attached is an addendum entitled "Settlement Conference Preparation" for counsel to review with the parties prior to the mediation to make the best use of the limited time allotted.  All parties are directed to be prepared to present in detail, and with reference to supporting documents if so ordered, a thorough analysis of the potential categories and amounts of damages which might reasonably be awarded at trial.

**Waiver of Rules**.  If any party believes this case presents an exceptional circumstance which would justify a variance from these rules, that party must contact the Magistrate Judge's office no later than five business days before the settlement conference to request a waiver of the rules.  Waivers are granted only by the Magistrate Judge and only on a showing of exceptional circumstances.  No waiver will be valid unless entered into the record by the Court.

**Non-Compliance**.  Failure of any party to comply with the conditions of this Order may result in, among other things, the settlement conference being rescheduled, with the party responsible to bear all associated costs.  See Fed. R. Civ. P. 16(f).

**SO ORDERED**, this 7th day of April, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA