# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| EDWARD SCOTT and DEBBIE RICHARDS,<br><br>    Plaintiffs,<br><br>        v.<br><br>NORTH AMERICAN INNS, LLC;<br>SHARMA HOSPITALITY, LLC;<br>PAUL D. SHARMA; and<br>SHAUN B. SHARMA,<br><br>    Defendants. | CV 519-022 |

## ORDER

Before the Court is the parties' Joint Motion for Approval of Settlement, dkt. no. 42, wherein the parties notify the Court that they have reached a settlement of the claims asserted in this action. Attached to the joint motion is the parties' Settlement Agreement. Dkt. No. 42-1.

The Court has reviewed the Settlement Agreement and finds that it fairly and reasonably resolves Plaintiffs' FLSA claims. Accordingly, the parties' motion, dkt. no. 42, is **GRANTED**, and the Settlement Agreement is **APPROVED**. All claims asserted in this action are **DISMISSED with prejudice**. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**SO ORDERED**, this 12th day of May, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA